In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-551 CV


____________________



TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellant



V.



DIANE ISAAC, Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-179,670






MEMORANDUM OPINION



 The appellant, Texas Windstorm Insurance Association, filed a motion to dismiss
this accelerated appeal. The motion is voluntarily made by the appellant prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party
filed notice of appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 24, 2008


Before McKeithen, C.J., Kreger and Horton, JJ.